# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BECON MEDICAL, LTD.** and **HENRY STEPHENSON BYRD, M.D.,** Plaintiff, | CIVIL ACTION |
| v. | NO. 18-4169 |
| **SCOTT P. BARTLETT, M.D.,** and **TALEXMEDICAL, LLC,** Defendants. | |

## O R D E R

**AND NOW**, this 17th day of December, 2019, upon consideration of Defendants' Motion to Stay (Document No. 89, filed September 19, 2019)[1], Plaintiffs' Opposition to Talex's Motion to Stay (ECF #89) (Document No. 99, filed October 9, 2019), Defendants' Reply in Support of Their Motion to Stay Proceedings Pending *Inter Partes* Review of the Patents-in-Suit (Document No. 106, filed December 6, 2019), and Plaintiffs' Sur-Reply to Talex's Motion to Stay (ECF #89) (Document No. 109, filed December 12, 2019), for the reasons set forth in the accompanying Memorandum dated December 17, 2019, **IT IS ORDERED** that Defendants' Motion to Stay (Document No. 89) is **DENIED**.

**IT IS FURTHER ORDERED** a status conference to address and schedule further proceedings will be conducted in due course.

**BY THE COURT:**

/s/ Hon. Jan E. DuBois

  DuBOIS, JAN E., J.

---

[1] Defendants filed a single motion entitled Defendants' Motion to Stay, Modify the Confidentiality Order, and Withdraw as Counsel of Record (Document No. 89). In this Order, the Court only addresses Defendants' Motion to Stay.